UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Gilkerson v. C.R. Bard, Inc., et al.*
Case No. 2:21-cv-4330

## ORDER

On January 4, 2024, after Plaintiff's counsel filed a Notice of Suggestion of Death (ECF No. 3), the Court ordered Plaintiff's counsel to file a motion to substitute a proper party within thirty days or this case would be dismissed.  (ECF No. 4.)  No motion to substitute has been filed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**


**3/11/2024**　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**